1  JAY S. ROTHMAN (SBN 49739)
   **JAY S. ROTHMAN & ASSOCIATES**
2  21900 Burbank Boulevard, Suite 210
   Woodland Hills, California 91367
3  Telephone: (818) 986-7870
   Facsimile:   (818) 990-3019
4  lawyers@jayrothmanlaw.com

5  Attorneys for Plaintiff EUGENE CROSS

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| EUGENE CROSS, an individual,<br><br>           Plaintiff,<br><br>vs.<br><br>LG CHEM MICHIGAN INC., a business entity, form unknown; LG ENERGY SOLUTION MICHIGAN, INC., a Delaware corporation; and DOES 1 through 50, Inclusive,<br><br>           Defendants. | Case No. 2:21-CV-05194<br><br>**ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS DEFENDANT LG CHEM MICHIGAN INC. ONLY WITHOUT PREJUDICE** [10]<br><br>District Judge: Hon. George H. Wu<br>Magistrate Judge: Hon. Pedro V. Castillo |

## ORDER

The stipulation to dismiss Defendant LG Chem Michigan Inc. without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: July 16, 2021

_____
United States District Judge
Hon. George H. Wu